```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 18870
   MARLA MARTIN
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3034


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 10/12/2007 and was confirmed 12/10/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 11/17/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                               PAID            PAID
------------------------------------------------------------------------
ACCREDITED HOME LENDER   CURRENT MORTG          .00             .00              .00
ACCREDITED HOME LENDER   MORTGAGE ARRE      1855.03             .00          1855.03
AMERICAS SERVICING CO    CURRENT MORTG          .00             .00              .00
AMERICAS SERVICING CO    MORTGAGE ARRE      9650.00             .00           810.41
CAPITAL ONE AUTO FINANCE SECURED NOT I      861.56             .00           861.56
GMAC MORTGAGE CORPORATIO CURRENT MORTG          .00             .00              .00
GMAC MORTGAGE CORPORATIO MORTGAGE ARRE     12566.17             .00          1055.30
HOMEQ SERVICING          CURRENT MORTG          .00             .00              .00
HOMEQ SERVICING          MORTGAGE ARRE       674.46             .00           674.46
LANDMARK LENDERS         CURRENT MORTG          .00             .00              .00
LANDMARK LENDERS         MORTGAGE ARRE      6000.00             .00           503.87
SELECT PORTFOLIO SERVICI CURRENT MORTG          .00             .00              .00
SELECT PORTFOLIO SERVICI MORTGAGE ARRE      2462.38             .00          2462.38
WASHINGTON MUTUAL BANK   CURRENT MORTG          .00             .00              .00
WASHINGTON MUTUAL BANK   MORTGAGE ARRE       386.79             .00           386.79
INTERNAL REVENUE SERVICE PRIORITY           685.38             .00              .00
ECAST SETTLEMENT CORP    UNSEC W/INTER     7476.21             .00              .00
CAPITAL ONE BANK         UNSEC W/INTER  NOT FILED              .00              .00
CAPITAL ONE              UNSEC W/INTER  NOT FILED              .00              .00
HOME DEPOT               UNSEC W/INTER  NOT FILED              .00              .00
ILLINOIS COLLECTION SERV UNSEC W/INTER  NOT FILED              .00              .00
SALLIE MAE               UNSEC W/INTER  NOT FILED              .00              .00
UNITED CREDIT UNION      UNSEC W/INTER  NOT FILED              .00              .00
CAPITAL ONE AUTO FINANCE UNSEC W/INTER  NOT FILED              .00              .00
DEUTSCHE BANK NATIONAL T NOTICE ONLY    NOT FILED              .00              .00
WASHINGTON MUTUAL HOME M NOTICE ONLY    NOT FILED              .00              .00
GMAC MORTGAGE            NOTICE ONLY    NOT FILED              .00              .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       2,314.00                         2,314.00
TOM VAUGHN               TRUSTEE                                              868.19
DEBTOR REFUND            REFUND                                               828.01

       Summary of Receipts and Disbursements:

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 18870 MARLA MARTIN
```

```
                             ------------------------------------------------------------------
                                        RECEIPTS               DISBURSEMENTS
                             ------------------------------------------------------------------
TRUSTEE                                12,620.00

PRIORITY                                                                .00
SECURED                                                            8,609.80
UNSECURED                                                               .00
ADMINISTRATIVE                                                     2,314.00
TRUSTEE COMPENSATION                                                 868.19
DEBTOR REFUND                                                        828.01
                                       ---------------         ---------------
TOTALS                                 12,620.00                  12,620.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 02/24/09              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                        PAGE   2
          CASE NO. 07 B 18870 MARLA MARTIN